■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX FERNANDEZ, Appellant. [849 NYS2d 169]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this court dated May 17, 2004 (*People v Fernandez*, 7 AD3d 730 [2004]), affirming a judgment of the Supreme Court, Queens County, rendered July 10, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Santucci, Miller and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIM FLIPPEN, Appellant. [849 NYS2d 169]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Hinrichs, J.), rendered September 28, 2004, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]).

Additionally, the defendant has not raised any nonfrivolous issues in his supplemental pro se brief. Rivera, J.P., Florio, Carni and Balkin, JJ., concur.